**No. 60823.**—Herz Specialty Products, Inc., and Reitmann Pilcer Co. *v.* United States, protest 282783–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 60824.**—Ascot, Ltd., and Heinrich, Herrmann & Weiss *v.* United States, protests 305598–K and 285289–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 60825.**—Electrolux Corp. *v.* United States, protest 309579–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parts of electric floor polishers similar in all material respects to those the subject of Abstract 59814, the claim of the plaintiff was sustained.

**No. 60826.**—The Durst Mfg. Co., Inc. *v.* United States, protest 270091–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the